Pro Se 14 (INND Rev. 2/20)                                                                                      page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers]

-FILED-
JUN 16 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Jeffery Scott Dyer II,
[You are the PLAINTIFF, print your full name on this line.]

v.

Dr. Galperin,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV251
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Dr. Galperin (Individual Capacity) Allen County Jail Physician | 417 S. Calhoun St. Fort Wayne, IN 46802 |
| 2 | Allen County Sheriff (Official Capacity) Allen County Sheriff Dept. | 417 S. Calhoun St. Fort Wayne, IN 46802 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? Allen County Jail 417 S. Calhoun St. Fort Wayne, IN 46802

3. Did the event you are suing about happen there? ● Yes.  ○ No, it happened at: _____

4. On what date did this event occur? 12-06-2022 — Til present DAY 14 June 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Plaintiff Jefferey S. Dyer is an inmate at the Allen County jail in Fort Wayne, IN. On 12-06-2022, Jefferey S. Dyer started complaining to nursing via tablet request numerous times about only receiving one Catheter + lube pack for my urine needs.

2. I'm supposed to use a clean sterile one every time I urine (about six to seven xs a day) As time went by nursing kept on giving me only one and was told to reuse the same one.

3. Dr. Toalperin was aware of the situation and allowed it to keep happening long enough to get me infected having to go to the hospital for attention.

4. Dr. Toalperin is the Allen County Jail Physician and is the Dr. over seen inmates. He is supposed to be qualified to care for humans and took an OATH to his license.

5) After several requests, grievances, and complaint feed; not answered until I got infected is when they did something about. Everything that

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

I WAS severely neglected/grossly + shamefully Betrayed By Staff, All MEDICAL staff, in the

Claims and Facts (continued)

All Staff + Nursing Staff

Not All nursing were Horrible, but they all had a conscious decision to the HARD Right Choice... or Succumb to the PEER Pressure of the other Young Deputies + Nursing Staff... Both Nursing + the Correctional Officers... Tried covering... Basically Lying to keep each other out of trouble... But The Cameras are Suppose to Be H.D. High Definition + great UVHD Replays... So they Should have Captured Staff Pushing me face first into the Brick wall in the Hallway on B-Block floor... Where you get taken Down to E-Block / F.G.W. Blocks

"Abernathy once again groped me + my genitals + penis twice/ Showin the Bullpin Downstairs in front of the camera + my W. Block Cellmate

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Plaintiff seeks injuction relief and Damages for unnecessary, gratuitous pain and suffering, Extreme PTSD + Treatment to Me as a Veteran. I would like the Dr. fired or or fined and forced to attend training + laughed at/learn to be more compassionate towards Patients + me several Times treat the patients; like human beings

[Initial Each Statement]
JL  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
JL  I will keep a copy of this complaint for my records.
JL  I will promptly notify the court of any change of address.
JL  I WILL NOT send more than one copy of any filing to the court.
JL  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
JL  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 06/14/2023 at 1800 hrs am/pm
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                    963982
Signature  Jerry Scott Lynn II                     Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]