UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JEFFERY SCOTT DYER II, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:23-CV-251-HAB-SLC |
| DR. GALPERIN, et al., | |
| Defendants. | |

ORDER

Jeffery Scott Dyer II, a prisoner without a lawyer, was granted until July 24, 2023, to either pay the filing fee or move for leave to proceed in forma pauperis. (ECF 2.) He was cautioned that if he did not respond by the deadline, the case was subject to dismissal without further notice for lack of prosecution. (*Id.*) The deadline has passed and he has not paid the filing fee, moved for leave to proceed in forma pauperis, or otherwise responded.

Additionally, mail sent to him at the address he provided the clerk was returned as undeliverable, with the notation that he is no longer in custody at that facility. (ECF 3.) It is his obligation to keep the clerk apprised of his contact information at all times, but he has not complied with this obligation. *See Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) ("[L]itigants, including prisoners, bear the burden of filing notice of a change of address."). It appears he has abandoned this case.

For these reasons, this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED on August 24, 2023.

                                                                    s/Holly A. Brady  
                                                                    CHIEF JUDGE  
                                                                    UNITED STATES DISTRICT COURT