AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEFFERY SCOTT DYER, II

      Plaintiff
  v.                                    Civil Action No. 1:23-cv-251

DR. GALPERIN
*Allen County Jail Physician, sued in his individual capacity*

ALLEN COUNTY SHERIFF
*Allen County Sheriff Dept., sued in his official capacity*

      Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady.

DATE:  08/24/2023            CHANDA J. BERTA, CLERK OF COURT

                                      by     s/J. Barboza
                                           *Signature of Clerk or Deputy Clerk*